UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ATIKE KING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 8:14-cv-00150-AG-RNB |
| v. | ) | |
| | ) | |
| GRANT & WEBER, PC, | ) | NOTICE OF SETTLEMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: March 13, 2015        /s/ Amy L. Bennecoff Ginsburg
                            Amy L. Bennecoff Ginsburg, Esquire
                            Kimmel & Silverman, P.C.
                            30 East Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (215) 540-8817
                            Email: aginsburg@creditlaw.com
                            Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 13th day of March, 2015, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 13th day of March, 2015, to:

    Jeanne Zimmer, Esq.
    Carlson & Messer, LLP
    5959 W. Century Boulevard
    Suite 1214
    Los Angeles, CA 90045
    zimmerj@cmtlaw.com

                        By: /s/ Amy L. Bennecoff
                             Amy L. Bennecoff
                             Kimmel & Silverman, P.C.
                             Attorney for Plaintiff